IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MICHELLE TRUSLER,

        Plaintiff,

        v.                                           Civil Action No. 2:07-CV-71

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

## **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

On September 13, 2007, Michelle Trusler, ["Claimant"], filed a complaint for review of Defendant's denial of her application for Social Security benefits pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1381(c)(3) and an Application for Leave to Proceed in forma pauperis. Claimant's application reveals that she is not employed. She does receive $155.00 in food stamps each month and was recently approved for HUD. Within the past twelve months, Claimant has not received any money from business, professional or self-employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, disability or workers compensation payments, gifts or inheritances or any other source. Claimant has a checking or savings account that contains less than $100.00. She does not own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value. Claimant does not have any dependents.

Accordingly, it is ORDERED that Claimant's September 13, 2007 Application to Proceed in forma pauperis is GRANTED. The Clerk of the Court is directed to notify the United States Marshal Service who shall serve process pursuant to Federal Rule of Civil Procedure

4(c)(2). Any recovery in this action will be subject to payment of fees and costs, including service of process fees and the $350.00 filing fee.

DATED: October 2, 2007

/s/ James E. Seibert
JAMES E. SEIBERT
UNITED STATES MAGISTRATE JUDGE