**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**MICHELE D. TRUSLER,**

    **Plaintiff,**

    **v.**                                                                   **CIVIL ACTION NO. 2:07 CV 71**
                                                                                                **(Maxwell)**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

It will be recalled that the above-styled social security appeal was instituted on September 13, 2007, with the filing of a Complaint by Plaintiff Michele D. Trusler.

It will further be recalled that the case was referred to United States Magistrate Judge James E. Seibert in accordance with Rule 83.12 of the Local Rules of General Practice and Procedure.

On January 9, 2008, a Motion For Summary Judgment was filed on behalf of the Plaintiff, and on February 5, 2008, a Motion For Summary Judgment was filed on behalf of the Defendant.

On July 21, 2008, Magistrate Judge Seibert entered a Report And Recommendation wherein he recommended that the Defendant's Motion For Summary Judgment be granted, and that the Plaintiff's Motion For Summary Judgement be denied. In said Report And Recommendation, the parties were directed, in accordance

with 28 U.S.C. §636(b)(1) and Rule 6(e) of the Federal Rules of Civil Procedure, to file any written objections thereto with the Clerk of Court within ten (10) days after being served with a copy of said Report And Recommendation. Magistrate Judge Seibert's Report And Recommendation expressly provided that a failure to timely file objections would result in waiver of the right to appeal from a judgment of this Court based thereon.

The docket in the above-styled civil action reflects that no objections to Magistrate Judge Seibert's July 21, 2008, Report And Recommendation have been filed.

Upon consideration of said Report and Recommendation, and having received no written objections thereto[1], the Court accepts and approves the Report And Recommendation.

Therefore, it is **ORDERED** that Magistrate Judge Seibert's Report And Recommendation (Docket No. 12) be, and is hereby, **ACCEPTED** in whole and that this civil action be disposed of in accordance with the recommendation of the Magistrate Judge. Accordingly, it is

**ORDERED** that:

---

[1]The failure of the parties to object to the Report And Recommendation not only waives their appellate rights in this matter, but also relieves the Court of any obligation to conduct a *de novo* review of the issues presented. *See* Wells v. Shriners Hospital, 109 F.3d 198, 199-200 (4th Cir. 1997); Thomas v. Arn, 474 U.S. 140, 148-153 (1985).

1. The Defendant's Motion For Summary Judgment (Docket No. 10) is **GRANTED**;

2. The Plaintiff's Motion For Summary Judgment (Docket No. 9) is **DENIED**; and

3. The above-styled civil action is **DISMISSED** and **RETIRED** from the docket of this Court.

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Clerk of Court is directed to enter a separate Judgment Order affirming the decision of the Defendant.

The Clerk of Court is directed to transmit copies of this Order and the Judgment Order to counsel of record.

**ENTER:** October  21 , 2008

  /S/ Robert E. Maxwell  
United States District Judge